IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacqueline Mulville,<br><br>              Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company, et al.,<br><br>              Defendants. | No. CV-14-01466-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal of The Home Depot, U.S.A., Inc. and The Home Depot, U.S.A., Inc. Temporary Disability Income Plan (Doc. 6), and good cause appearing,

**IT IS ORDERED** granting the parties' Stipulation (Doc. 6).

**IT IS FURTHER ORDERED** that Defendants The Home Depot, U.S.A., Inc., and The Home Depot, U.S.A., Inc. Temporary Disability Income Plan ONLY are dismissed without prejudice.

Dated this 27th day of August, 2014.

_____
Neil V. Wake
United States District Judge