IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacqueline Mulville, ) | No. CV-14-01466-PHX-NVW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Aetna Life Insurance Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS ORDERED granting the parties' Stipulated Motion to Dismiss this Matter with Prejudice (Doc. 22).

IT IS FURTHER ORDERED that the Clerk's Office shall dismiss the above-entitled action with prejudice, each party to bear their own attorney's fees and costs.

DATED this 14th day of April, 2015.

_____
Neil V. Wake
United States District Judge